# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————

No. 15-30799

————

United States Court of Appeals
Fifth Circuit

**FILED**

June 15, 2016

Lyle W. Cayce
Clerk

ERGON -ST. JAMES, INCORPORATED,

 Plaintiff

v.

PRIVOCEAN M/V, her engines, tackle, apparel, furniture, etc., in rem,

 Defendant

--------------------------------------------------------------------------

BRAVO SHIPPING LIMITED,

 Plaintiff - Appellee - Cross Appellant

v.

PRIVOCEAN SHIPPING LIMITED,

 Defendant - Appellant - Cross Appellee

_____

In re:  In the Matter of the Complaint of PRIVOCEAN SHIPPING LIMITED, as Owner of the M/V Privocean, Petitioning for Exoneration From or Limitation of Liability;
BARIBA CORPORATION, as Managing Owner of the M/V Privocean, Petitioning For
Exoneration From or Limitation of Liability,

No. 15-30799

PRIVOCEAN SHIPPING LIMITED; BARIBA CORPORATION,

Petitioners - Appellants- Cross Appellees

v.

CRESCENT TOWING & SALVAGE COMPANY, INCORPORATED,

Claimant - Appellee- Cross Appellant

--------

Appeals from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:15-CV-1121
USDC No. 2:15-CV-1206
USDC No. 2:15-CV-1137

--------

Before DAVIS, JONES, and GRAVES, Circuit Judges.

PER CURIAM:*

Privocean Shipping Ltd. and Bariba Corp., owners of the motor vessel Privocean, appeal from an interlocutory order increasing the limitation fund in this maritime case from $19,000,000 to $23,308,000. Crescent Towing & Salvage, Inc., has filed a cross-appeal. After consideration of the briefs, record, applicable law and oral arguments in this matter, the order of the district court is **AFFIRMED**.

--------

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.